*Seth B. Hunt et al* v. *Benjamin F. Ferris et al.* C. ELLIS, for complainants; E. W. CHESTER, for defendant Ferris. Injunction dissolved, with $8 costs. Motion for receiver denied, with costs.

[The following opinion in a case recently decided by the vice chancellor of the fourth circuit, has been procured for publication in this paper; on account of the importance of the principles therein settled, and the able manner in which the questions are discussed. The facts will appear from the opinion itself.]